In the Matter of the Application of MORRIS A. SHULMAN, Appellant, for a Mandamus Order against TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

JOSEPH RIZZO, Respondent. v. MICHAEL PETIX and FILOMENA PETIX, Appellants, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of JAMES J. DOOLING, Esq., and Others for an Order Directing the GUARANTY TRUST COMPANY OF NEW YORK and Others, as Committee of the Person and Property of JENNIE W. CUSHING, an Adjudicated Incompetent Person, to Pay Their Claims against the Said Incompetent. GUARANTY TRUST COMPANY OF NEW YORK and Others, as Committee of the Person, etc., Appellants; JAMES J. DOOLING, Esq., and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ROYAL INDEMNITY COMPANY, Respondent, v. ILLINOIS CENTRAL RAILROAD COMPANY, Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Rehabilitation of LAWYERS MORTGAGE COMPANY. In the Matter of the Application of LOUIS H. PINK, as Superintendent of Insurance, as Rehabilitator of LAWYERS MORTGAGE COMPANY, for an Order Modifying and Vacating the Lien of Judgment in Favor of WILLIAM H. MURPHY against LAWYERS MORTGAGE COMPANY, etc., in the Amount of $945 Damages with Interest and Costs and Adjudicating that Said Judgment Does Not Constitute a Lien against Real Estate Owned by LAWYERS MORTGAGE COMPANY in Rehabilitation.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

In the Matter of the Application of HERMAN B. LEVY, Respondent, for an Order of Mandamus against SAMUEL FASSLER, as Commissioner of Buildings of the City of New York, and Another, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects denied. The petitioner's remedy is by appeal to the board of standards and appeals. (See *Matter of Rosenbush* v. *Keller*, 271 N. Y. 282, and *Matter of Towers Management Corp.* v. *Thatcher*, Id. 94.) Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

ELIZABETH SWEINHART, Appellant, v. LOUIS BAMBERGER, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WEST SIDE SAVINGS BANK, Respondent, v. THE CITY OF NEW YORK and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.